**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Nueva Generacion Music Group, Inc. **V.** Isidro Chavez Espinoza, p/k/a Espinoza Paz

Appellate case number:     01-15-00091-CV

Trial court case number:     2015-00749

Trial court:     281st District Court of Harris County

Date motion filed:     August 7, 2015

Party filing motion:     Nueva Generacion Music Group, Inc.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                              ☐ Acting individually     ☒ Acting for the Court

Panel consists of:  Justices Keyes, Huddle, and Lloyd.

Date:   September 22, 2015